# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 9, 2021

**To:** Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-3098
>
> Caption:
> ANDREW DUNLEVY,
>   Plaintiff - Appellant
>
> v.
>
> JAMES O. LANGFELDER, et al.,
>   Defendants - Appellees
>
> District Court No: 3:19-cv-03093-SEM-TSH
> Clerk/Agency Rep Shig Yasunaga
> District Judge Sue E. Myerscough
>
> Date NOA filed in District Court: 11/04/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)